# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Michael Walton, | Civil No. 24-cv-2223 (NEB/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Faribault Correctional, | |
| Defendant. | |

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated August 2, 2024 (ECF No. 5), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date:  October 3, 2024                     s/Nancy E. Brasel
                                           Nancy E. Brasel
                                           United States District Court Judge